JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY ROJAS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES INC., and DOES 1 through 40, <br><br> Defendants. | CASE NO. 2:20-CV-11149-AB-MAAX <br><br> ORDER DISMISSING CIVIL ACTION |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 7, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.